IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN REGISTRY, LLC,
a Florida limited liability company,

    Plaintiff,

v.

CASE NO: 8:20-cv-00869-CEH-CPT

THAT'S GREAT NEWS, LLC,
a Florida limited liability company.

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff American Registry, LLC, a Florida limited liability company, together with Defendant That's Great News, LLC, a Florida limited liability company, hereby jointly stipulate to the dismissal of the above-captioned action with prejudice, with all costs and expenses relating to this litigation (including attorney and expert fees and expenses) being borne solely by the party incurring same.

Dated this 24 day of September, 2020.

Respectfully submitted,

| THE LAW OFFICES OF ADAM J. STEINBERG | THE CONCEPT LAW GROUP, P.A. |
|---|---|
| *Attorneys for Plaintiff* <br> 200 S. Andrews Avenue <br> Fort Lauderdale, Florida 33301 <br> Tel: (954) 548-3357 <br><br> By: */s/ Adam J. Steinberg* <br>    Adam J. Steinberg (FBN: 389579) <br>    E-mail: adamadamsteinberglaw.com <br><br> **MALLOY & MALLOY, P.L.** <br> 2800 S.W. Third Avenue <br> Miami, Florida 33129 <br> Tel: (305) 858-8000 <br><br> By: */s/ Meredith Frank Mendez* <br> Meredith Frank Mendez (FBN: 502,235) <br> Email: mmendez@malloylaw.com <br> Jonathan Woodard (FBN: 96533) <br> jwoodard@malloylaw.com | *Attorneys for Defendant* <br> 6400 North Andrews Avenue, Suite 500 <br> Fort Lauderdale, Florida 33309 <br> (t) 754-300-1500 ; (f) 754-300-1501 <br><br> By: */s/ Alexander D. Brown* <br>    Alexander D. Brown (FBN: 752665) <br>    E-mail: Abrown@conceptlaw.com |